UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DONNY MCGAIL SCOTT                                                                          PETITIONER

V.                                                  CIVIL ACTION NO. 3:24-CV-442-KHJ-MTP

STATE OF MISSISSIPPI                                                                        RESPONDENT

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this action without prejudice.

SO ORDERED AND ADJUDGED, this 6th day of May, 2025.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE